UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **HAYAT SINDI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No.  13-cv-10798-GAO |
| ) | |
| **SAMIA EL-MOSLIMANY and** ) | |
| **ANN EL-MOSLIMANY,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF MICHAEL THAD ALLEN
### IN SUPPORT OF MOTION FOR REMAND

I, Michael Thad Allen, hereby depose under oath the following:

1.      My name is Michael Thad Allen.  I am an attorney in good standing in the Commonwealth of Massachusetts, and I declare the following statements based on my personal knowledge and experience.

2.      On January 25, 2013, I served a Complaint and Jury Demand with 16 exhibits on Samia El-Moslimany and Ann El-Moslimany, the Defendants in this action.  The Complaint and exhibits were also accompanied by the Summonses and Civil Action Cover Sheet (the "Complaint Package").

3.      The method of service was threefold.  First, I sent a copy of the Complaint Package to Samia El-Moslimany via certified mail, return receipt requested to the residential address of Samia El-Moslimany and Ann El-Moslimany:  2655 SW 151st Place, Burien, Washington 98166-1638.  I sent the Complaint Package by UPS overnight delivery to the same

address.  In addition, I sent a pdf copy of the Complaint package by e-mail to Samia El-Moslimany at her known e-mail address:  samiaelmo@yahoo.com.  The Complaint Package sent via certified mail to Samia El-Moslimany has not been returned to Todd & Weld LLP, nor have I received the return receipt card back.  I received confirmation that UPS delivered the Complaint Package.  True copies of the proof of delivery receipts and the aforementioned email are attached as *Exhibit A*.

4.      I attach as *Exhibit B* a true and accurate copy of Samia El-Moslimany's Facebook page, dated January 27, 2013, on which she posted a copy of the Civil Action Cover Sheet for the Superior Court of Suffolk County, Massachusetts, dated January 25, 2011, which I signed and served with the Complaint Package.  I accessed Ms. El-Moslimany's Facebook webpage on or around February 19, 2013.  On information and belief, Ann El-Moslimany, Samia El-Moslimay's mother, lives with her daughter at the Burien, Washington address to which the Complaint Package was sent.

5.      I attach as *Exhibit C* a true and accurate copy of a Facebook page posted by Samia El-Moslimany on or about January 25, 2013 with the caption "Fouad's soon to be second wife sues me."  I first accessed this page on or around February 19, 2013.

6.      Samia El-Moslimany continues to maintain the posting stating "Fouad's soon to be second wife sues me" on her Facebook page as of the time of this filing.  See *Exhibit D*.  I last accessed this website page on or around April 10, 2013.

7.      On February 20, 2013, I submitted an Affidavit of Proof of Service to this Court. A true copy of this Affidavit is attached as *Exhibit E*.

8.      On or around March 14, 2013 George White, Esq. ("Mr. White") contacted me to request an extension of time to answer the Complaint or otherwise respond on behalf of

Defendants Samia and Ann El-Moslimany.  My office communicated its willingness to extend time up to and including March 20, 2013, which Mr. White memorialized in a letter to my office.  Mr. White again contacted me by e-mail on March 19, 2013 to request an additional extension of time up to and including March 27, 2013.  A true and accurate copy of these communications is attached as *Exhibit F*.

9.      On March 19, 2013, Mr. White filed a Superior Court Rule 9E Notice of Motion to Dismiss the Plaintiff's Complaint, which announced Defendants' intention to file a Mass. R. Civ. P.  12(b) motion "on or before March 27, 3013 [sic.]."  A true copy of this notice is attached as *Exhibit G*.  Neither Mr. White nor any other counsel of Morrison Mahoney, LLP ever filed a formal appearance in the state-court action.

10.      No response or answer to the Complaint was forthcoming, and the above assented-to deadlines passed.  I therefore contacted Mr. White by telephone on April 1, 2013, at which time he informed me that he would not submit a response or answer to the Complaint.

11.      On April 1, 2013 I filed Ms. Sindi's Motion for Declaration of Effective Service and Order of Default, with notice to Mr. White.  A copy is attached as *Exhibit H*.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11TH DAY OF APRIL 2013.

Michael Thad Allen

# EXHIBIT A



7012 1010 0002 6533 6034

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SEATTLE WA 98166

Postage    $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $    $20.90    01/28/2013

Sent To    Samia El-Moslimany
Street, Apt. No.;
or PO Box No.    2655 151st Place
City, State, ZIP+4    Burien, WA 98166-1638

PS Form 3800, August 2006    See Reverse for Instructions

Proof of Delivery

<u>Close Window</u>

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z0E20900152400093 |
| **Service:** | UPS Next Day Air® |
| **Weight:** | 2.60 lbs |
| **Shipped/Billed On:** | 01/28/2013 |
| **Delivered On:** | 01/29/2013 9:25 A.M. |
| **Delivered To:** | BURIEN, WA, US |
| **Left At:** | Front Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  01/30/2013 12:00 P.M.   ET

<u>Print This Page</u>                                 <u>Close Window</u>

| | |
|---|---|
| **From:** | Allen, Michael |
| **Sent:** | Friday, January 25, 2013 3:40 PM |
| **To:** | 'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com' |
| **Cc:** | Rich, David H.; Abed Awad (awadabed2000@yahoo.com) |
| **Subject:** | Hayat Sindi v. Samia El-Moslimany and Ann El-Moslimany, Superior Court of Suffolk, Massachusetts |
| **Attachments:** | Civil Action Cover Sheet.pdf; LT Court w-Complaint 1-25-13 mta.pdf; Summons to Samia El-Moslimany.pdf.pdf; Summons to Ann El-Moslimany.pdf.pdf; Complaint.pdf |

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is one message of four.

Michael Thad Allen

**TODD & WELD** LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

| | |
|---|---|
| **From:** | Allen, Michael |
| **Sent:** | Friday, January 25, 2013 3:40 PM |
| **To:** | 'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com' |
| **Cc:** | Rich, David H.; Abed Awad (awadabed2000@yahoo.com) |
| **Subject:** | Hayat Sindi v. Samia El-Moslimany and Ann El-Moslmany, Superior Court of Suffolk, Massachusetts |
| **Attachments:** | Exhibits 1-5 to Complaint.pdf.pdf |

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the second message of four.


Michael Thad Allen

TODD & WELD LLP
28 State Street
Boston, MA 02109
T 617-624-4742
F 617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

**From:**          Allen, Michael
**Sent:**          Friday, January 25, 2013 3:40 PM
**To:**            'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com'
**Cc:**            Rich, David H.; Abed Awad (awadabed2000@yahoo.com)
**Subject:**       Hayat Sindi v. Samia El-Moslimany and Ann El-Moslmany, Superior Court of Suffolk,
                   Massachusetts
**Attachments:**   Exhibits 6-8 to Complaint.pdf

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the third message of four.

Michael Thad Allen

TODD & WELD LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

**From:**         Allen, Michael
**Sent:**         Friday, January 25, 2013 3:40 PM
**To:**           'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com'
**Cc:**           Rich, David H.; Abed Awad (awadabed2000@yahoo.com)
**Subject:**      Hayat Sindi v. Samia El-Moslimany and Ann El-Moslmany, Superior Court of Suffolk, Massachusetts
**Attachments:**  Exhibits 9-16 to Complaint.pdf

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the fourth message of four.


Michael Thad Allen

---

TODD & WELD LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

## EXHIBIT B





**Samia El-Moslimany**
Follow · January 27

Like   Share

👍 2 people like this.

**Ahmed Alaa Darwish** OMG
January 27 at 3:03am · Like · 👍1

**Rachael Scott** wait... itemized? so she has lost nothing and seeks to gain... "dr. evil voice" $10 million dollars? now that takes balls. in... suffolk county...?
January 27 at 3:22am · Like · 👍1

**Dena Hafiz** Maybe we should have a word with an Italian 'chiropractor' who might take up the future chiropracting expenses being suggested...
January 27 at 7:57am via mobile · Like · 👍1

Sponsored  ·  See All

**Dental Partners-Brookline**
dentalpartnersofbroo...
Serving Brookline, Brighton, Newton, Wellesley and Boston for over 40 years. Rated as the #1 dental practice in the country.

**Limited Time Offer!**
nytimes.com
Last Day to save 50% for 16 weeks on a New York Times subscription. Offer ends today!

EXHIBIT C



**Fouad's soon to be second wife sues me**

2013 ·



Re:balance Q&A - PopTech 2011 - Camden Maine USA

**John D. Relyea** For what? Counter suit.
January 25 at 4:43pm · Like · 2

**Sanla El-Moslimany** Who knows?
January 25 at 4:49pm · Like

**John D. Relyea** file a counter suit...

EXHIBIT D



Search for people, places and things

# Samia El-Moslimany

Managing Partner at Photography by Samia
Studied Educational Technology (Filmmaking) at
Unive... Lives in Jeddah, Saudi Arabia From
Seahurst, Washington

Mecca
Jabal Noor

About   Friends   2,313 Photos   Map

**Do you know Samia?** Follow Samia to get her public posts in your news feed.

## Work and Education

**Photography by Samia**
Managing Partner Jeddah, Saudi Arabia Jan 1993 to
present Arabia's Premiere Photography Studio

**Photography by Samia**
Jan 1993 to 2004
Arabia's Premiere Photography Studio

**University of Washington**
Class of 1986 Masters of Education Educational
Technology (Filmmaking) Seattle, Washington

**University of Washington**
Class of 1983 General Studies-Documentary Filmmaking
Seattle, Washington

See All

## Info

**About**    Lives in Jeddah, Saudi
Arabia Knows English,
Arabic Female

**2013**
Fouad's soon to be second wife sues me

**2011**
Added a Family Member
Added a Family Member Abdullahi Daud Elmi

## Friends

Ray... Sho...   Rachael Sch... Sa...

Stephanie Jazzar Tarik Trad Elis

## Albums

Cover Photos Apr 1, 2013 Mo

Profile Pictures Timeline Photos Ho

## Favorites

Search

Search for people, places and things

Back to Samia's Timeline

January



**Fouad's soon to be second wife sues me**
2013



Re:balance Q&A - PopTech 2011 - Camden Maine USA

Like

**John D. Relyea** For what? Counter suit. January 25 at 4:43pm · Like · 2

**Samia El-Moslimany** Who knows? January 25 at 4:49pm · Like

**John D. Relyea** file a counter suit... January 25 at 4:50pm · Like · 2

**Wade Lindstrom** Is she suing your mom for giving birth to you? January 25 at 6:54pm via mobile · Like · 1

**Beth Mahmoud Howell** Does she realize if she files here she ain't in Saudi anymore and polygamy is generally frowned upon here January 25 at 9:20pm via mobile · Like · 2

**Wade Lindstrom** She should be suing your mom for giving you all that integrity and stuff that is so inconvenient for her now! January 25 at 9:27pm · Like · 2

**Rachael Scott** Somehow I just don't see it working out between those two... January 25 at 10:24pm · Like · 1

**Samia AlMuttawa** Maybe he better realize that he is not the first., nor will he be her last. Doesnt make him very bright January 26 at 6:23am · Like · 1

**Roya Salehi** Iam sure it is complicated but I don't understand why you are still married to this guy. He is the real home wrecker and has brought al stress into your life. January 26 at 8:05am via mobile · Like · 2

**Sasha Crow** I have been out of the loop on this for a while but, checking back into it after you posted this preposterous suit, the thing that comes t about her is "sociopath" (have you read the characteristics of them?) January 26 at 12:21pm · Like · 2

**Beth Mahmoud Howell** I'm thinking made for TV movie January 26 at 2:12pm · Like · 2

About Create an Ad Create a Page Developers Careers Privacy Cookies Terms Help Facebook © 2013 ·

English (US)

# EXHIBIT E

**COMMONWEALTH OF MASSACHUSETTS**

**SUFFOLK, SS.**                                          **SUPERIOR COURT DEPARTMENT**
                                                          **OF THE TRIAL COURT**

| | |
|---|---|
| HAYAT SINDI,                       ) | |
|         Plaintiff,         ) | |
| v.                            ) | Civil Action No. 13-00329-A |
| SAMIA EL-MOSLIMANY and    ) | |
| ANN EL-MOSLIMANY,         ) | |
|         Defendants.      ) | |

## AFFIDAVIT OF PROOF OF SERVICE

I, Michael Thad Allen, hereby depose under oath the following:

1.     My name is Michael Thad Allen, Esquire. I am an attorney in good standing in the Commonwealth of Massachusetts, and I declare the following statements based on my personal knowledge and experience.

2.     On January 25, 2013, I served a Complaint and Jury Demand with 16 exhibits on Samia El-Moslimany and Ann El-Moslimany, the Defendants in this action. The Complaint and exhibits were also accompanied by a Civil Action Cover Sheet.

3.     The method of service was threefold. First, a copy of the complete package was e-mailed to Samia El-Moslimany at the following e-mail address: samiaelmo@yahoo.com. A true and accurate copy of the e-mail sent to Ms. Samia El-Moslimany is attached as *Exhibit A*. I also sent a copy of the Complaint package to Samia El-Moslimany at the following address by UPS overnight mail: 2655 SW 151st Place, Burien, Washington 98166-1638. In addition, I sent a copy of the Complaint package by UPS overnight mail to Ann El-Moslimany at the following

address: 2107 NE 54th Street, Seattle, Washington 98105-3332. True copies of the proof of delivery receipts are attached as *Exhibit B*. Third, I sent the Complaint package via certified mail, return receipt requested to the same addresses of Samia El-Moslimany and Ann El-Moslimany listed above. The Complaint package sent via certified mail to Ann El-Moslimany was returned to Todd & Weld LLP by the local Post Office on February 5, 2013 as undeliverable. The Complaint package sent via certified mail to Samia El-Moslimany has not been returned to Todd & Weld LLP, nor have I received the return receipt card back.

4.     I attach as *Exhibit C* a true and accurate copy of a Facebook page posted by Samia El-Moslimany on or about January 25, 2013 with the caption "Fouad's soon to be second wife sues me." As this Exhibit clearly indicates, Samia El-Moslimany had accepted service on or about January 25, 2013.

5.     I attach as *Exhibit D* a true and accurate copy of Samia El-Moslimany's Facebook page on which she has posted a copy of the Civil Action Cover Sheet for the Superior Court of Suffolk County, Massachusetts. As this clearly shows, Samia El-Moslimany has again acknowledged service no later than January 27, 2013.


Signed under the penalties of perjury this 20th day of February 2013.

Michael Thad Allen

2

EXHIBIT A

| | |
|---|---|
| **From:** | Allen, Michael |
| **Sent:** | Friday, January 25, 2013 3:40 PM |
| **To:** | 'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com' |
| **Cc:** | Rich, David H.; Abed Awad (awadabed2000@yahoo.com) |
| **Subject:** | Hayat Sindi v. Samia El-Moslimany and Ann El-Mosimany, Superior Court of Suffolk, Massachusetts |
| **Attachments:** | Civil Action Cover Sheet.pdf; LT Court w-Complaint 1-25-13 mta.pdf; Summons to Samia El-Moslimany.pdf.pdf; Summons to Ann El-Moslimany.pdf.pdf; Complaint.pdf |

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is one message of four.

Michael Thad Allen

**TODD & WELD LLP**
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

| | |
|---|---|
| **From:** | Allen, Michael |
| **Sent:** | Friday, January 25, 2013 3:40 PM |
| **To:** | 'samlaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com' |
| **Cc:** | Rich, David H.; Abed Awad (awadabed2000@yahoo.com) |
| **Subject:** | Hayat Sindi v. Samia El-Moslimany and Ann El-Moslimany, Superior Court of Suffolk, Massachusetts |
| **Attachments:** | Exhibits 1-5 to Complaint.pdf.pdf |

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the second message of four.


Michael Thad Allen

TODD & WELD LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

**From:**      Allen, Michael
**Sent:**      Friday, January 25, 2013 3:40 PM
**To:**        'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com'
**Cc:**        Rich, David H.; Abed Awad (awadabed2000@yahoo.com)
**Subject:**   Hayat Sindi v. Samia El-Moslimany and Ann El-Moslimany, Superior Court of Suffolk, Massachusetts
**Attachments:**  Exhibits 6-8 to Complaint.pdf

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the third message of four.


Michael Thad Allen

—————————————————————

TODD & WELD LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

**From:**          Allen, Michael
**Sent:**          Friday, January 25, 2013 3:40 PM
**To:**            'samiaelmo@yahoo.com'; 'munafikasindi@yahoo.com'; 'thetruehayatsindi@yahoo.com'
**Cc:**            Rich, David H.; Abed Awad (awadabed2000@yahoo.com)
**Subject:**       Hayat Sindi v. Samia El-Moslimany and Ann El-Moslmany, Superior Court of Suffolk, Massachusetts
**Attachments:**   Exhibits 9-16 to Complaint.pdf

Dear Ms. Samia El-Moslimany and Ms. Ann El-Moslimany, please see attached.
This is the fourth message of four.

Michael Thad Allen

---

TODD & WELD LLP
28 State Street
Boston, MA  02109
T  617-624-4742
F  617-624-4842
www.toddweld.com

Please consider the environment before printing this email.

1

EXHIBIT B

 **Proof of Delivery**                    Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z0E20900152400119 |
| **Service:** | UPS Next Day Air® |
| **Weight:** | 2.60 lbs |
| **Shipped/Billed On:** | 01/28/2013 |
| **Delivered On:** | 01/29/2013 10:18 A.M. |
| **Delivered To:** | SEATTLE, WA, US |
| **Left At:** | Front Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:   01/30/2013 12:01 P.M.   ET

Print This Page                                              Close Window

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z0E20900152400093 |
| **Service:** | UPS Next Day Air® |
| **Weight:** | 2.60 lbs |
| **Shipped/Billed On:** | 01/28/2013 |
| **Delivered On:** | 01/29/2013 9:25 A.M. |
| **Delivered To:** | BURIEN, WA, US |
| **Left At:** | Front Door |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  01/30/2013 12:00 P.M.  ET

Print This Page                              Close Window

EXHIBIT C



Fouad's soon to be second wife sues me
2013



Re:balance Q&A - PopTech 2011 - Camden Maine USA

like

**John D. Relyea** For what? Counter suit.
January 25 at 4:43pm · Like · 👍 2

**Samia El-Moslimany** Who knows?
January 25 at 4:49pm · Like

**John D. Relyea** file a counter suit...

EXHIBIT D

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF SUFFOLK | DOCKET NO. |
|---|---|---|
| PLAINTIFF(S) HAYAT SINDI | DEFENDANT(S) SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY | |

Type Plaintiff's Attorney Name, Address, City/State/Zip Phone Number and BBO#

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number (if Known)

David H. Rich, Esq. (BBO# 634275)
Michael Thad Allen (BBO# 679795)
Todd & Weld LLP
28 State Street, Boston, MA 02109
(617) 720-2626

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B19 | Defamation (Libel-Slander) - Average Track | | ( ) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A.  Documented medical expenses to date:
1.  Total hospital expenses                              $
2.  Total doctor expenses                                $
3.  Total chiropractic expenses                          $
4.  Total physical therapy expenses                      $
5.  Total other expenses (describe)                      $
                                            Subtotal      $
B.  Documented lost wages and compensation to date       $
C.  Documented property damages to date                  $
D.  Reasonably anticipated future medical expenses        $
E.  Reasonably anticipated lost wages and compensation to date   $
F.  Other documented items of damages (describe)          $

G.  Brief description of plaintiff's injury, including nature and extent of injury (describe)

See attachment.

                                            Total $  10,000,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                            TOTAL   $..........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

N/A

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record                          Date   January 15, 2013

A.O.S.C. 3-2007          Michael Thad Allen

---



**Samia El-Moslimany**
Follow · January 27

Like · Share

 2 people like this.

Ahmed Alaa Darwish OMG
January 27 at 3:03am · Like · 1

Rachael Scott wait... itemized? so she has lost nothing and seeks to gain... *dr. evil voice* $10 million dollars? now that takes balls. in... suffolk county...?
January 27 at 3:22am · Like · 1

Dena Hafiz Maybe we should have a word with an italian 'chiropractor' who might take up the future chiropracting expenses being suggested...
January 27 at 7:57am via mobile · Like · 1

Sponsored                                             See All

**Dental Partners-Brookline**
dentalpartnersofbroo...



Serving Brookline, Brighton, Newton, Wellesley and Boston for over 40 years. Rated as the #1 dental practice in the country.

**Limited Time Offer!**
nytimes.com



Last Day to save 50% for 16 weeks on a New York Times subscription. Offer ends today!

## EXHIBIT F

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

| | |
|---|---|
| **MASSACHUSETTS** | **NEW HAMPSHIRE** |
| BOSTON | MANCHESTER |
| FALL RIVER | **NEW JERSEY** |
| SPRINGFIELD | PARSIPPANY |
| WORCESTER | **NEW YORK** |
| **CONNECTICUT** | NEW YORK |
| HARTFORD | **RHODE ISLAND** |
| **ENGLAND** | PROVIDENCE |
| LONDON | |

George R. White
Direct Dial: 617-737-8859
Direct Fax: 617-342-4805
grwhite@morrisonmahoney.com

March 14, 2013

**By E-mail:  mallen@toddweld.com**
Michael Thad Allen, Esquire
Todd & Weld LLP
28 State Street
Boston, Massachusetts  02109

> Re:   **Hayat Sindi v. Samia El-Moslimany and Ann El-Moslimany**
> Civil Action No.:  2013-00329-A
> Our File No.:  10051295

Dear Attorney Allen:

This will confirm that you have graciously agreed to our request to extend the deadline for our clients, Samia El-Moslimany and Ann El-Moslimany, to answer or otherwise respond to the plaintiffs' complaint up to and including March 20, 2013.

Thank you for your courtesies in this matter.

Very truly yours,

George R. White

GRW/grw

1353066v1

**Allen, Michael**

| | |
|---|---|
| **From:** | White, George <GWhite@morrisonmahoney.com> |
| **Sent:** | Tuesday, March 19, 2013 10:25 AM |
| **To:** | Allen, Michael |
| **Subject:** | Sindi v. El-Moslimany |

Dear Attorney Allen,

To follow up on my voice mail message, we are requesting an additional extension of the deadline for the defendants to answer or otherwise respond to the plaintiff's complaint up to and including March 27, 2013.  Please advise whether you are agreeable to the requested extension.

Thank you for your anticipated courtesies in this matter.

---

**George R. White**
Associate
MORRISON MAHONEY LLP
250 Summer Street, Boston, MA  02210
T 617.737.8859   |   F 617.342.4805
grwhite@morrisonmahoney.com  |  www.morrisonmahoney.com

CONNECTICUT  |  ENGLAND  |  MASSACHUSETTS  |  NEW HAMPSHIRE  |  NEW JERSEY  |  NEW YORK  |  RHODE ISLAND

The documents included with this electronic mail transmission contain information from the law firm of Morrison Mahoney LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee only. Note that any disclosure, printing, photocopying, distribution or use of the contents of this e-mailed information by persons other than the addressee or an agent of the addressee, is unauthorized and prohibited. If you have received this electronic mail in error, please notify us via electronic mail reply to the sender or by telephone (collect 617-439-7500) immediately.

EXHIBIT G

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                SUPERIOR COURT
                                           CIVIL ACTION NO: 2013-00329-A

HAYAT SINDI,                          )
                                      )
            Plaintiff,                )
                                      )
v.                                    )
                                      )
SAMIA EL-MOSLIMANY and                )
ANN EL-MOSLIMANY,                     )
                                      )
            Defendants.               )
                                      )

### DEFENDANTS' SUPERIOR COURT RULE 9E NOTICE OF MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT

NOW COME the defendants, Samia El-Moslimany and Ann El-Moslimany, and advise

this Honorable Court, in accordance with Superior Court Rule 9E, that they will, on or before

March 27, 3013, served a motion to dismiss the plaintiff's complaint on all parties, pursuant to

Superior Court Rule 9A(b)(2).

                        THE DEFENDANTS,
                        SAMIA EL-MOSLIMANY and
                        ANN EL-MOSLIMANY,
                        By their attorneys,
                        MORRISON MAHONEY LLP


                        Mark R. Segalini, BBO No.:   450780
                        George R. White BBO# 645752
                        250 Summer Street
                        Boston, MA  02210
                        (617) 439-7500
                        msegalini@morrisonmahoney.com
                        grwhite@morrisonmahoney.com
                        Date: 3/19/13

1353359v1

## CERTIFICATE OF SERVICE

I, George R. White, do hereby certify that I have this day served the foregoing DEFENDANTS' SUPERIOR COURT RULE 9E NOTICE OF MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT to all counsel of record and pro se parties to this action by mailing the same, postage prepaid to:

Michael Thad Allen, Esquire
Todd & Weld LLP
28 State Street
Boston, Massachusetts  02109

Dated: March ___, 2013

George R. White

2

EXHIBIT H

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                           SUPERIOR COURT DEPARTMENT
                                      OF THE TRIAL COURT

| | |
|---|---|
| HAYAT SINDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00329-A |
| ) | |
| SAMIA EL-MOSLIMANY and ) | HEARING REQUESTED |
| ANN EL-MOSLIMANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR DECLARATION OF EFFECTIVE
## SERVICE AND ORDER OF DEFAULT

### i.   INTRODUCTION

Plaintiff Hayat Sindi ("Ms. Sindi") respectfully moves under Mass. R. Civ. P. 4 for a

declaration that service has been properly affected on Defendant Samia El-Moslimany in the

above-captioned action as of January 27, 2013, and, as the time for response or answer as

provided under Mass. R. Civ. P. 12(a) has run, Ms. Sindi also respectfully moves for entry of

default under Mass. R. Civ. P. 55(b)(2).  Ms. Sindi requests a hearing on this motion.

### ii.   Factual and Procedural Background

Ms. Sindi is a citizen of Saudi Arabia and the United Kingdom who resides in Boston,

Massachusetts where she pursues her work as one of the foremost Saudi bio-technology

scientists in the world, and her achievements are all the more remarkable given the obstacles she

has had to overcome as a successful woman in a scientific career who was born into very modest

circumstances.  Complaint ¶¶ 61-62.  Ms. El-Moslimany is a United States citizen who resides

in Washington State, and she has embarked on a relentless campaign, which she calls "operation arabian [sic.] EXPOSURE," to ruin Ms. Sindi's professional reputation and career after becoming obsessed with a non-existent relationship between her husband Fouad Dehlawi and Ms. Sindi.  Complaint ¶ 20, 46.  The above-captioned civil action, filed on January 25, 2013, sets forth claims of defamation, tortious interference with contract, tortious interference with prospective business relations, and intentional infliction of emotional distress due to the libel and slander repeatedly published against Ms. Sindi by Ms. El-Moslimany with the express and malicious intent of harming Ms. Sindi's professional status, impugning her credentials, and even inciting others to "stone" her.  Complaint ¶ 50.

With her mother, Ann El-Moslimany, Ms. El-Moslimany has pursued Ms. Sindi relentlessly in almost every venue in which Ms. Sindi has appeared publically to speak and promote her work.  Id. ¶¶ 44-48, 52-55, 80. Defendants have even pursued her into her own neighborhood in Boston, Massachusetts.  Id.  They have repeatedly accused Ms. Sindi of plagiarizing her dissertation, misrepresenting others' patents and intellectual property as her own, falsifying her research, and engaging in other wholly fictitious acts of fraud.  Id. ¶¶ 27, 39. Defendants' malicious conduct caused Ms. Sindi direct harm when she lost an estimated $10,000,000 investment after Defendants' lies induced investors to withdraw support from Ms. Sindi's businesses and from her scientific research.  Id. ¶¶ 70.  Defendants have intentionally and repeatedly directed their malicious defamatory publications into Massachusetts, where Ms. Sindi currently resides and works as a Visiting Scholar of Harvard University.  Complaint ¶¶ 11, 49.

As set forth in the attached Affidavit of Michael Thad Allen in Support of Motion FOR Declaration of Effective Service and Order of Default ("Allen Aff."), Ms. Sindi, through counsel, served the Complaint and Jury Demand with 16 exhibits, Summons, and Civil Action Cover

2

Sheet (the "Complaint Package") on Defendant Samia El-Moslimany ("Ms. El-Moslimany") on

January 25, 2013. Id. ¶ 2. Ms. Sindi's counsel affected service pursuant to Mass. R. Civ. P. 4 in

the following manner: First, Ms. El-Moslimany received a copy of the Complaint Package at her

home address via certified mail, return receipt requested, at 2655 SW 151st Place, Burien,

Washington 98166-1638. Id. ¶ 3. Second, Ms. El-Moslimany received the Complaint Package

via UPS overnight mail to at 2655 SW 151st Place, Burien, Washington 98166-1638. Id. Allen

Aff., *Exhibit A*. Third, Ms. El-Moslimany received pdf copies of the complete Complaint

Package via her e-mail address at samiaelmo@yahoo.com. A true and accurate copy of the e-

mail sent to Ms. Samia El-Moslimany is attached as Allen Aff., *Exhibit A*.[1]

Ms. El-Moslimany gave written acknowledgment of her receipt of the Complaint

Package by posting a copy of the Civil Action Cover Sheet on her Facebook website page on or

around January 27, 2013. Id. ¶ 4 and *Exhibit B*. She further acknowledged acceptance of

service through another Facebook posting stating "Fouad's soon to be second wife sues me" (Id.

5 and *Exhibit C*); and Ms. El-Moslimany continues to acknowledge the receipt of the complaint

on this same Facebook website at the time of filing. Id. ¶ 6 and *Exhibit D*. On February 20,

2013, Ms. Sindi's counsel of record submitted an Affidavit of Proof of Service to this Court. Id.

¶ 7.

Subsequent to service of process, Ms. El-Moslimany contacted Massachusetts counsel to

provide a legal defense, and on March 14, 2013, George White, Esq. ("Mr. White") of Morrison

Mahoney, LLP contacted Ms. Sindi's counsel of record and stated that he represent Ms. El-

Moslimany. Allen Aff. ¶ 8 and *Exhibit E*. Mr. White then requested an extension of time up to

and including March 20, 2013 to answer or otherwise respond to the Complaint. Id. On March

---

[1] Plaintiff served process on Defendant Ann El-Moslimany at 2107 NE 54th Street, Seattle, Washington 98105-3332.

19, 2013, Mr. White requested "an additional extension of the deadline for the defendants to answer or otherwise respond to the plaintiff's complaint up to and including March 27, 2013." Id..

No response or answer to the Complaint has been forthcoming and Mr. White informed Ms. Sindi's counsel of record on April 1, 2013 that he would not submit a response or answer to this Court. Id. ¶ 9

### iii.  ARGUMENT

#### I. MS. SINDI HAS ESTABLISHED PROOF OF SERVICE

Massachusetts' "long-arm" statute conveys personal jurisdiction on this Court over parties who reside in a foreign state if (among other things) they have "act[ed] directly or by an agent, as to a cause of action in law or equity ... causing tortious injury by an act or omission in this commonwealth" G.L. c. 223A, § 3(c).

Massachusetts R. Civ. P. 4(e-f) permits service of process on a resident of a foreign state by registered U.S. mail or by mail with return receipt requested or other methods found to be acceptable to the Court. G.L. c. 223A, § 6; Mass. R. Civ. P. 4(c), Reporters Notes ("Rule 4(c) makes clear that whenever a statute like ... G.L. c. 223A ... authorizes service by certified or registered mail, it is not necessary to enlist the aid of a process server to do the mailing"). "Proof of service outside this commonwealth may be made by affidavit of the individual who made the service or in the manner prescribed by the law of this commonwealth ... When service is made by mail, proof of service shall include a receipt signed by the addressee *or other evidence of personal delivery to the addressee satisfactory to the court*" (emph. added). G.L. c. 223A, § 6(b). See also, Wood v. Wood, 369 Mass. 665, 672, 342 N.E.2d 712, 717 (1976) (service outside the Commonwealth for an action in tort arising out of acts committed within the

Commonwealth is satisfied by certified mail under G.L. c. 223A); Kalker v. Binder, 2010 Mass. App. Div. 23 (Dist. Ct. 2010) ("… the Massachusetts statute [G.L. c. 223A] and Rule 4 clearly do not limit proof of service by mail only to a signed return receipt or acknowledgment. … where there is no signed return receipt, but there is evidence of personal delivery that is satisfactory to the trial court judge, a default and default judgment may be properly entered").

As of January 25, 2013, Ms. Sindi's counsel of record caused the Complaint Package to be delivered to Defendant Ms. El-Moslimany by certified mail, return receipt requested, UPS overnight delivery, and e-mail. Allen Aff. ¶¶ 2-5, and ***Exhibits A - D***. Ms. El-Moslimany indicated immediately thereafter that she had received proper notice of the lawsuit filed against her.

Ms. El-Moslimany posted to her Facebook Page the Civil Action Cover Sheet from the Superior Court of Suffolk County which was included in the Complaint Package. Id., ***Exhibit B***. A certain Ahmed Alaa Darwish commented on Ms. El-Moslimany's publication of the Civil Action Cover Sheet on that same day, January 27, 2013 at 3:03 A.M. Id. This posting clearly showed "Samia El-Moslimany … January 27." Id. Before this, on January 25, 2013, Ms. El-Moslimany also published the statement to Facebook: "Fouad's soon to be second wife sues me." Allen Aff., ***Exhibit C***. The date on Facebook shown at top is 2013, and comments, apparently from Ms. El-Moslimany's friends, appeared as early as January 25, 2013 as indicated by, among others, a certain John D. Relyea, who posted a comment at 4:43 P.M. of that day. Id. This announcement of the above captioned litigation may still be viewed on Ms. El-Moslimany's Facebook page. Id., ***Exhibit D***.

Although Ms. Sindi's counsel of record never received the return of a registered mail "green card," the above published statements unmistakably indicate that Ms. El-Moslimany

received the Complaint Package and gave public, written acknowledgement of its receipt. Attorney Michael Thad Allen submitted a proper affidavit of proof of documenting Ms. El-Moslimany's acknowledgement of service to this Court on February 20, 2013. Allen Aff. ¶ 7.

Ms. Sindi has therefore properly served process on Ms. El-Moslimany, and this Court should declare that Plaintiff Hayat Sindi has satisfied the requirements of Mass. R. Civ. P. 4.

## II. Default Should Enter Against Samia El-Moslimany

Massachusetts R. Civ. P. 55 provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise," default shall enter. Mass. R. Civ. P. 55(a). Upon motion, the judge may order entry of default. Mass. R. Civ. P. 55(b)(2).

Ms. Sindi has affected proper service of process on Ms. El-Moslimany, as attested to this Court by the attorney, Michael Thad Allen, who served Ms. El-Molsimany with the Complaint Package and submitted an Affidavit of Proof of Service to this Court on February 20, 2013 (Allen Aff. ¶ 7). Ms. El-Moslimany has not made response or answered the Complaint. After requesting repeated extensions of time to do so, on April 1, 2013, Mr. White, representing that he was Ms. El-Moslimany's counsel, informed Ms. Sindi's counsel of record that Ms. El-Moslimany would not submit a responsive pleading to the Complaint. Allen Aff. ¶ 8-9.

Ms. El-Moslimany is not a person in military service. Allen Aff. ¶ 10.

Ms. Sindi will duly send notice to Ms. El-Moslimany as required under Rule 55(b)(2) at such time as this Court sets a hearing date on this motion, at which time the Court should enter an Order of Default against Ms. El-Moslimany.

iv.   CONCLUSION

For the foregoing reasons, this Court should declare and order that Plaintiff Hayat Sindi

has properly served process on Samia El-Moslimany, who, having failed to make response or

answer, is now in default.

HAYAT SINDI

By her attorneys,

David H. Rich, (BBO#634275)
drich@toddweld.com
Michael Thad Allen (BBO#679795)
mallen@toddweld.com
Todd & Weld LLP
28 State Street
Boston, MA  02109
(617) 720-2626

Dated:  April 5, 2013

7