UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAYAT SINDI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-10798-IT |
| | * | |
| SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

December 5, 2014

TALWANI, D.J.

After reviewing the November 13, 2014, Report and Recommendation [#66] of Magistrate Judge Dein, to which neither party has objected, this court hereby ACCEPTS and ADOPTS that Report and Recommendation. For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondent's <u>Motion to Dismiss Plaintiff's Complaint, or Alternatively, to Transfer Venue</u> [#39] is ALLOWED in part and DENIED in part, as follows:

1. The Motion is ALLOWED in that the complaint is dismissed without prejudice as to Defendant Ann El-Moslimany;

2. The Motion is otherwise DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge