UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAYAT SINDI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-10798-IT |
| | * | |
| SAMIA EL-MOSLIMANY and ANN EL-MOSLIMANY, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

June 3, 2016

TALWANI, D.J.

The parties' Pretrial Disclosures state that if witnesses are not available for trial, the parties intend to present the testimony through transcripts.  At the Initial Pretrial Conference scheduled for June 8, 2016, counsel shall be prepared to give an informed report to the court as to which witnesses they anticipate being available for trial, and which, if any, witnesses they anticipate as unavailable and whose testimony counsel intends to introduce through deposition transcripts.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge