UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAYAT SINDI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 13-cv-10798-IT |
| | * | |
| SAMIA EL-MOSLIMANY and ANN | * | |
| EL-MOSLIMANY, | * | |
| | * | |
| Defendants. | * | |

FINAL JUDGMENT

August 18, 2016

This action was tried by a jury with U.S. District Judge Indira Talwani presiding, and the

jury has rendered a verdict. Thereafter, the court has made further factual findings in support of a

permanent injunction.

It is ordered that:

Plaintiff Hayat Sindi recover from Defendant Samia El-Moslimany the amount of

$2,900,000 in compensatory and special damages; $1,241,358.90 in prejudgment interest, which

is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013

through today; and costs as allowed by separate order. Post-judgment interest is awarded at a rate

of .56% per annum, 28 U.S.C. § 1961.

Plaintiff Hayat Sindi recover from Defendant Ann El-Moslimany the amount of $600,000

in compensatory and special damages; $256,832.88 in prejudgment interest, which is calculated

at a rate of 12% per annum, Mass. Gen. Laws ch. 231, § 6B, from January 25, 2013 through

today; and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .56%

per annum, 28 U.S.C. § 1961.

Defendants Samia El-Moslimany and Ann El-Moslimany are enjoined from repeating—orally, in writing, through direct electronic communications, or by directing others to websites or blogs reprinting Samia El-Moslimany's or Ann El-Moslimany's letters and comments—the statements:

1. That Hayat Sindi is an academic and scientific fraud;

2. That Sindi received awards meant for young scholars or other youth by lying about her age;

3. That Sindi was fraudulently awarded her PhD;

4. That Sindi did not conduct the research and writing of her dissertation;

5. That Sindi's dissertation was "ghost researched" and "ghost written";

6. That Sindi's role in the founding of Diagnostics For All was non-existent, and that Sindi did not head the team of six people that won the MIT Entrepreneurship Competition.

IT IS SO ORDERED.

August 18, 2016                                      /s/ Indira Talwani
                                                     United States District Judge